IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:09CR178 |
| vs. | |
| FRANK DOUGLAS HARRIS, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's letter/motion for copies of his criminal case file, including the docket sheet, judgment and commitment, plea agreement, and sentencing transcripts. Filing No. 85. The defendant requests a waiver of fees associated with the costs of the copies. The court sentenced the defendant on a violation of supervised release on January 11, 2013. Filing Nos. 83 and 84. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same.

THEREFORE, IT IS ORDERED that the defendant's letter/motion for copies and to waive such costs, Filing No. 85, is denied.

Dated this 21st day of March, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge